PROB 22 (CAEP)
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*

0972 1:23CR00100-01

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

CR25-00110 SI

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | E-CA | Fresno |

Logan James McQuay
Mountain View, California  *(City/State only)*

NAME OF SENTENCING JUDGE

**FILED**

Apr 24 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| DATES OF PROBATION / SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | 12/2/2022 | 12/1/2026 |

OFFENSE

21 USC 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (CLASS A FELONY)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The person under supervision is employed full-time in the Northern District of California and plans to remain there.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE          EASTERN          DISTRICT OF          CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the          Northern District of California          upon that court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date: April 22, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE          NORTHERN          DISTRICT OF          CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 24, 2025
*Effective Date*

_____
HON. YVONNE GONZALEZ ROGERS
*United States District Judge*

CC:    United States Attorney

1

1/23/2024 CAEP